UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARIE K. BACON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:11 CV 1875 RWS |
| v. ) | |
| ) | |
| MIDLAND CREDIT MANAGEMENT, INC., ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before me on Plaintiff's Motion to Dismiss with Prejudice [#11]. Defendant filed an Answer to Bacon's Complaint on November 4, 2011. However, Plaintiff's Motion indicates Defendant consents to dismissal of Plaintiff's Complaint with prejudice. As a result, I will grant Plaintiff's Motion pursuant to Federal Rule of Civil Procedure 41(a)(2). Accordingly,

**IT IS HEREBY ORDERED that** Plaintiff's Motion to Dismiss Case With Prejudice [#11] is **GRANTED.**

**IT IS FURTHER ORDERED that** the Rule 16 Conference set on December 16, 2011 is **VACATED.**

**IT IS FINALLY ORDERED that** Plaintiff's Motion for Leave to Amend [#5] is **DENIED as moot.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 9th day of December, 2011.